# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

| | | |
|---|---|---|
| In re: | WILLIE DAVID WILLIAMS<br>SANDRA ELAINE VINE-WILLIAMS | Chapter 13<br>Case No.: 12-50017-FJS |
| Debtors | | |
| | SSN: XXX-XX-9402, SSN: XXX-XX-7243 | |

## MOTION AND NOTICE TO ALLOW CLAIMS

**This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest. It contains important information, and should be reviewed by you. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** According to the records of Michael P. Cotter, Standing Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate. Each of the claims will be allowed as recited below unless on or before twenty-one (21) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. Upon expiration of the twenty-one (21) day period, an Order will be presented to the Court granting the Motion. You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours. You may also obtain a copy of the Order from the Chapter 13 Trustee. The name, address, and other pertinent information regarding the claims follows.

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|---|---|---|---|---|---|---|
| 10/10 | CARRINGTON MORTGAGE SERVICES<br>1601 E. ST ANDREWS PLACE<br>STE B150<br>SANTA ANA, CA 92705 | Jun 27, 2012 | 10,749.02 | Pro Rata | 0.00<br>"No Interest" | Arrears MTG (No FI |
| 6 API | GRAND FURNITURE<br>1305 BAKER ROAD<br>VIRGINIA BEACH, VA 23455 | Jan 30, 2012 | 890.59 | Pro Rata | 5.50 | Secured (INT) |
| 5  A | NEWPORT NEWS SHIPBUILDING EMP<br>DBA<br>BAYPORT CREDIT UNION INC<br>3711 HUNTINGTON AVE<br>NEWPORT NEWS, VA 23607 | Jan 30, 2012 | 5,559.07 | Pro Rata | 5.50 | Secured VEHICLE ( |
| 8 | CITY OF HAMPTON<br>1 FRANKLIN STREET, SUITE 100<br>PO BOX 638<br>HAMPTON, VA 23669-0638 | Feb 16, 2012 | 162.93 | Pro Rata | 0.00<br>"No Interest" | Priority |
| 1/1-2 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Mar 23, 2012 | 1,548.56 | Pro Rata | 0.00<br>"No Interest" | Priority |
| | ALFA SPECIALTY INSURANCE<br>PO BOX 2328<br>BRENTWOOD, TN 37024 | | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|---|---|---|---|---|---|---|
|  | ALL-STATE<br>P.O. BOX 3576<br>AKRON, OH 44309-3576 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 3 AM | NEWPORT NEWS SHIPBUILDING EMP DBA<br>BAYPORT CREDIT UNION INC<br>3711 HUNTINGTON AVE<br>NEWPORT NEWS, VA 23607 | Jan 30, 2012 | 504.19 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 4 AM | NEWPORT NEWS SHIPBUILDING EMP DBA<br>BAYPORT CREDIT UNION INC<br>3711 HUNTINGTON AVE<br>NEWPORT NEWS, VA 23607 | Jan 30, 2012 | 503.21 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | CREDIT CONTROL CORP<br>11821 ROCK LANDING DR.<br>NEWPORT NEWS, VA 23606 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 11 | UNITED STATES DEPT EDUCATION<br>PAYMENT CENTER<br>PO BOX 530260<br>ATLANTA, GA 30353-0260 | Mar 30, 2012 | 5,858.47 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | DIRECT LOAN SERVICING CENTER<br>U.S. DEPT. OF EDUCATION<br>PO BOX 5609<br>GREENVILLE, TX 75403 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 12 AN | CAPITAL ONE, NA<br>C/O BASS & ASSOCIATES, PC<br>3936 E FT LOWELL RD, STE 200<br>TUCSON, AZ 85712 | Apr 28, 2012 | 780.90 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | JOHNSON & FREEDMAN, LLC<br>1587 NORTHEAST EXPRESSWAY<br>ATLANTA, GA 30329 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |
|  | RECEIVABLES MANAGEMENT<br>PO BOX 8630<br>RICHMOND, VA 23226 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | SENTARA HEALTHCARE<br>535 INDEPENDENCE PKWY, #700<br>CHESAPEAKE, VA 23320 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 7AME | LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Feb 13, 2012 | 107.83 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | TIERRA WILLIAMS \|NEED ADDRESS<br>NEED ADDRESS |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |
| 2/2-2 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Mar 23, 2012 | 525.41 | Pro Rata | 0.00<br>"No Interest" | Unsecured |

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|---|---|---|---|---|---|---|
|  | HSBC BANK NEVADA, NA<br>BASS & ASSOCIATES, PC<br>3936 E FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |
|  | ALFA SPECIALTY INSURANCE<br>PO BOX 2328<br>BRENTWOOD, TN 37024 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |
| 2 SE | NEWPORT NEWS SHIPBUILDING EMP DBA<br>BAYPORT CREDIT UNION INC<br>3711 HUNTINGTON AVE<br>NEWPORT NEWS, VA 23607 | Mar 12, 2012 | 6,139.15 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 13 | VERIZON<br>404 BROCK DR<br>BLOOMINGTON, IL 61702 | May 04, 2012 | 490.26 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 9 | ASHLEY FUNDING LLS ASSIGNEE OF LABORATORY CORP OF AMERICA HOLDING<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Feb 23, 2012 | 148.83 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS COR<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |

Total Claims Filed:  14

      WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:  Thursday, May 23, 2013

**/s/ Michael P. Cotter**

Michael P. Cotter
Chapter 13 Standing Trustee

12-50017-FJS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

| | | |
|---|---|---|
| In re: | WILLIE DAVID WILLIAMS | Chapter 13 |
| | SANDRA ELAINE VINE-WILLIAMS | Case No.: 12-50017-FJS |
| Debtors | | |
| | SSN: XXX-XX-9402, SSN: XXX-XX-7243 | |

**ORDER APPROVING CLAIMS**

Upon the Motion to Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the Debtors and to the Debtors' attorney of record, and that the Debtors be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed an approval by the Debtors of the claims as recited in the Motion.  Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed.  Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court.  Any claim not filed as of the date of the entry of this Order shall not be allowed, except upon further order of the Court.  Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other effected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

The Clerk shall send a copy of this Order to Michael P. Cotter, Chapter 13 Trustee, 870 Greenbrier Circle, Suite 402 Chesapeake, 23320, the attorney for the Debtors and the Debtors.

Dated: _____        _____
                                                                        Judge


                                                                _____
                                                                Entry of Judgement or Order

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000